**[J-59A-2013]**
**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**


IN RE:  MAGISTERIAL DISTRICT JUDGE :    No. 84 MM 2013
MARK A. BRUNO, MAGISTERIAL    :
DISTRICT 15-1-01    :    Petition to Vacate the Order of the Supreme
   :    Court dated February 1, 2013
   :
PETITION OF:  MARK A. BRUNO    :
   :
   :
   :    ARGUED:  September 10, 2013
   :


**ORDER**


**PER CURIAM**                                          **DECIDED:  August 28, 2014**

     **AND NOW,** this 28th day of August 2014, the Order of the Supreme Court dated

February 1, 2013, is hereby **VACATED**.



     Opinion to follow.